IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No. 19-cv-212-slc

DANN & WENDT, INC.,

    Defendant.

## DEFAULT JUDGMENT

It appearing by the declaration of counsel for the plaintiff that the defendant has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure, the defendant's default is hereby entered.

A default having been entered against the defendant, and counsel for the plaintiff having requested judgment against the defaulted defendant and having filed a proper declaration in all accordance with Rule 55 of the Federal Rules of Civil Procedure;

Judgment is rendered in favor of the plaintiff, United States of America, and against the defendant, Dann & Wendt, Inc., as follows:

| | |
|---|---|
| Principal | $5,171.00 |
| Interest through May 16, 2018 | $ 62.26 |
| Debt Management Service Fees | $1,600.63 |
| Department of Justice Fees | $ 211.35 |

TOTAL                              $7,045.24

together with a civil filing fee of $400.00, a U.S. Marshal fee of $167.70, plus interest on

the judgment at the legal rate until satisfaction of the debt.

   Dated this 12th day of June, 2019.

                                   _____
                                   PETER OPPENEER
                                   Clerk of Court